UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MUNGIA, | No. 2:21-cv-1641 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SHERIFFE DEPARTMENT, et al., | |
| Defendant. | |

     Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff did not file a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of his inmate trust account statement for the six month period

immediately preceding the filing of the complaint.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

Dated: September 22, 2021

/mung1641.3c+new

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE